MORRIS LAW GROUP
Ryan M. Lower, NV Bar No. 9108
Jean-Paul Hendricks, Bar No. 10079
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422
rml@morrislawgroup.com
jph@morrislawgroup.com

MCDERMOTT WILL & EMERY LLP
Charles M. McMahon (*pro hac vice* pending)[1]
444 W. Lake Street
Chicago, Illinois 60606
Telephone: (312) 984-7641
cmcmahon@mwe.com

Attorneys for Defendant
Jiangsu Longteng-Pengda Electric
Mechanical Co., Ltd.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FNA GROUP, INC., | ) Case No. 2:18-CV-00812-RFB-VCF |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **STIPULATION AND ORDER RE** |
| JIANGSU LONGTENG-PENGDA | ) **EXTENSION TO RESPOND TO** |
| ELECTRIC MECHANICAL CO., | ) **COMPLAINT** |
| LTD. | ) |
| | ) **(First Request)** |
| Defendant. | ) |
| | ) |

Pursuant to Local Rules 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), Defendant Jiangsu Longteng-Pengda Electric Mechanical Co., Ltd. and Plaintiff FNA Group, Inc., by and through their respective counsel of record, hereby stipulate as follows:

---

[1] Counsel for defendant, Charles M. McMahon, will comply with LR IA 11-2 within 45 days.

1

On May 7, 2018 plaintiff filed the complaint in the above-entitled matter. ECF No. 1. Defendant was served on May 8, 2018. Defendant's response to the complaint is currently due on May 29, 2018. Defendant requested, and plaintiff consented to, a 30 day extension, up to and including June 28, 2018, to answer or otherwise move as to plaintiff's complaint.

The extension is necessary because defendant is a foreign company that only recently retained counsel in the United States to represent this in this matter. Defendant's counsel needs additional time become familiar with the facts of this case and formulate a proper response.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

This is the first request for an extension of any deadline in this action and is not made for purposes of delay. The request represents an extension of at most 30 days from the existing deadline.

Dated this 25th day of May, 2018.

SANTORO WHITMIRE                          MORRIS LAW GROUP


By: /s/ *Jason D. Smith*                  By:/s/ *Ryan M. Lower*
Nicholas J. Santoro, No 532                 Ryan M. Lower, No. 9108
Jason D. Smith, No. 9691                    Jean-Paul Hendricks, No. 10079
10100 W. Charleston Blvd. #250              411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89135                     Las Vegas, Nevada 89101
                                            Telephone: (702) 474-9400
HOLLAND & KNIGHT LLP
Steven E. Jedlinski (*pro hac vice*)        MCDERMOTT WILL & EMERY
Anthony J. Fuga (*pro hac vice*)            LLP
131 S. Dearborn, 30th Fl.                   Charles M. McMahon (*pro hac
Chicago, Illinois 60603                     vice* pending)[2]
                                            444 W. Lake Street
Attorneys for Plaintiffs                    Chicago, Illinois 60606
FNA Group, Inc.                             Telephone: (312) 984-7641

                                            Attorneys for Defendant
                                            Jiangsu Longteng-Pengda
                                            Electric Mechanical Co., Ltd.


**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 6-11-2018
_____

_____

[2] Counsel for defendant, Charles M. McMahon, will comply with LR IA 11-2 within 45 days.