# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| FNA GROUP, INC., | |
|           Plaintiff, | 2:18-cv-00812-RFB-VCF |
| vs. | **REPORT AND RECOMMENDATION** |
| JIANGSU LONGTENG-PENGDA ELECTRIC MECHANICAL CO., LTD., | |
|           Defendant. | |

On December 11, 2018, the Court granted the motion to withdraw of counsel for Jiangsu Longteng-Pengda Electric Mechanical ("Jiangsu"). (ECF No. 28). The Court ordered Jiangsu to retain counsel by January 11, 2019, and warned that "[f]ailure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions." (*Id.* at 2). The Court set a status hearing for January 18, 2019 and ordered that an officer, director, or managing agent of Jiangsu attend. (*Id.* at 2-3). Though the Order was served on Jiangsu by email and through a courier service (ECF No. 29), Jiangsu failed to retain counsel or appear at the January 18, 2019 hearing.

Because Jiangsu failed to retain counsel or appear at the hearing as stated in the Court's Order (ECF No. 28), the Court recommends that Jiangsu's Answer (ECF No. 14) be stricken and default be entered against Jiangsu. "Courts have inherent power in the interest of the orderly administration of justice and under Rule 41(b), FRCP, to dismiss for disobedience of its orders." *In re "Santa Barbara Like It Is Today" Copyright Infringement Litig.*, 94 F.R.D. 105, 108 (D. Nev. 1982).


Accordingly, and for good cause shown,

IT IS HEREBY RECOMMENDED that Jiangsu Longteng-Pengda Electric Mechanical's Answer (ECF No. 14) be STRICKEN and DEFAULT entered against Jiangsu Longteng-Pengda Electric Mechanical.

The Clerk of Court is directed to mail a copy of this Report and Recommendation to the following addresses:

Mr. Mao Pengfei
President
Longteng-Pengda Electric Mechanical Co., Ltd.
No. 88 Zhaomin Industrial Park
Lvsi Gang Town, Qidong City
Jiangsu Province
China 226200

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Pursuant to Local Special Rule 2-2, the Plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing

party of the party's attorney.  **Failure to comply with this Rule may result in dismissal of the action**. *See* LSR 2-2.

IT IS SO RECOMMENDED.

DATED this 18th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE