UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FNA GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> JIANGSU LONGTENG-PENGDA ELECTRIC MECHANICAL CO., LTD., <br><br> Defendant. | Case No. 2:18-cv-00812-RFB-VCF <br><br> **ORDER** |

Before the Court for consideration is the Report and Recommendation [ECF No. 32] of the Honorable Cam Ferenbach, United States Magistrate Judge, entered January 18, 2019.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by February 1, 2019. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 32] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that Jiangsu Longteng-Pengda Electric Mechanical's Answer (ECF No. 14) is STRICKEN and DEFAULT entered against Jiangsu Longteng-Pengda Electric Mechanical.

The Clerk of the Court is instructed to close this case.

DATED: February 12, 2019.

**RICHARD F. BOULWARE, II**
**United States District Judge**